**Dismiss and Opinion Filed August 11, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00478-CR**
**No. 05-22-00485-CR**

**PAUL EUGENE WARNER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-33925-R & F16-21861-R**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

Before the Court are appellant's August 1, 2022 motions to dismiss these appeals. The motions comply with rule 42.2. *See* TEX. R. APP. P. 42.2(a). We grant the motions and dismiss these appeals.

220478f.u05
220485f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

PAUL EUGENE WARNER,
Appellant

No. 05-22-00478-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F16-33925-R.
Opinion delivered by Justice
Osborne. Justices Schenck and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 11th day of August, 2022.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

PAUL EUGENE WARNER,
Appellant

No. 05-22-00485-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F16-21861-R.
Opinion delivered by Justice
Osborne. Justices Schenck and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 11th day of August, 2022.